**Order entered May 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00263-CV

### IN THE INTEREST OF JDA AND KDA

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-00953**

## ORDER

The reporter's record in this case has not been filed. By letter dated April 23, 2014, the Court advised appellant that the Court would submit this appeal without a reporter's record upon failure to receive documentation from appellant that he has (1) requested preparation of the reporter's record and (2) paid or made arrangements to pay the reporter's fee or has been found to be entitled to proceed without payment of costs. As of today, appellant has not provided the required documentation. Accordingly, the Court **ORDERS** this case submitted without the reporter's record. Within **THIRTY (30) DAYS** of the date of this order, appellant shall file his brief. *We notify appellant that failure to file a brief in this case will result in dismissal for want of prosecution.* See TEX. R. APP. P. 38.8(a)(1).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE